IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-01623-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: September 6, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

MARK D MORRIS,  Thomas J. Arckey

    Plaintiff,

v.

MILGARD MANUFACTURING  Lawrence W. Marquess
INCORPORATED,

    Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 9:12 a.m.
Court calls case. Appearances of counsel.

The court addresses the parties regarding the defendant's Second MOTION for Extension of Time to File Answer or Otherwise Respond re #1 Complaint (Docket No. 21, filed on 9/4/2012), possible dates for trial, and filing a motion to compel arbitration.

**ORDERED:** The court **GRANTS** the defendant's Second MOTION for Extension of Time to File Answer or Otherwise Respond re #1 Complaint (Docket No. 21, filed on 9/4/2012) making responses are due **on or before September 14, 2012**.

The court addresses the parties regarding the defendant's Joint MOTION to Stay Proceedings Pending the Court's Resolution of Milgard's Motion to Compel Arbitration (Docket No. 17, filed on 8/29/2012). The parties inform the court that they are willing to withdraw the defendant's Joint MOTION to Stay Proceedings Pending the Court's Resolution of Milgard's Motion to Compel Arbitration (Docket No. 17, filed on 8/29/2012).

**ORDERED:**   The defendant's Joint MOTION to Stay Proceedings Pending the Court's Resolution of Milgard's Motion to Compel Arbitration (Docket No. 17, filed on 8/29/2012) shall be **WITHDRAWN**.

**ORDERED:**   A telephonic Scheduling Conference is set for **September 12, 2012 at 8:30 a.m.** Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.   The parties shall submit their proposed Scheduling Order (and also email an editable version to Shaffer_Chambers@cod.uscourts.gov) **no later than September 11, 2012 by 12:00 p.m.**

HEARING CONCLUDED.

**Court in recess:**     **9:34 a.m.**
Total time in court:     00:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.